AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Omar Thompson | ) | Case No. |
| | ) | 21-MJ-1477-DLC |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2020__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:

See attached affidavit, subscribed and sworn telephonically.

☑ Continued on the attached sheet.

_Jordan Knight_ DLC
*Complainant's signature*

Jordan Knight, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/19/2021

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Donald L. Cabell
*Printed name and title*