**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**    II          **Investigating Agency**    FBI

**City**    Boston                    **Related Case Information:**

**County**    Suffolk                    Superseding Ind./ Inf. _____   Case No. _____
                                        Same Defendant _____   New Defendant _____
                                        Magistrate Judge Case Number    21-MJ-1477-DLC
                                        Search Warrant Case Number    21-MJ-1314-DLC
                                        R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**    Omar Dee Thompson          Juvenile:          ☐ Yes  ☑ No

                      Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

**Alias Name**

**Address**    (City & State)  Paterson, New Jersy

Birth date (Yr only): 1981   SSN (last4#): 9162   Sex M    Race: Black    Nationality: American

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    Christopher J. Markham          Bar Number if applicable    685591

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**    ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

       ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty —————   ☐ Misdemeanor —————   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    08/18/2021          Signature of AUSA:    *Christopher J Markham*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Omar Dee Thompson _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____